**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE TIMOTHY STANCEU, JUDGE

| | | |
|---|---|---|
| JPFL FILMS PRIVATE LTD., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | Court No. 26-3530 |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO MOTION TO INTERVENE

Defendant, the United States, respectfully submits this response to the motion to intervene filed by Mylar Specialty Films, Mitsubishi Chemical America, Inc. - Polyester Film Division, SK Microworks America, Inc., ECF No. 9. The defendant does not oppose the motion.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director
Department of Justice Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2228
E-mail: Tara.Hogan@usdoj.gov

October 7, 2026

Attorneys for Defendant