UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
TIMOTHY C. STANCEU
JUDGE

October 14, 2026

Irene Huei-min Chen, Esq.
Jake Roger Frischknecht, Esq.
VCL Law LLP
1945 Old Gallows Road
Suite 260
Vienna, VA 22182

Tara Kathleen Hogan, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Joshua Paul Angelo, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Suite 3627
Washington, DC 20230

Re: *JPFL Films Private Ltd. v. United States*
Court Number 26-03530

---

Dear Counsel:

Pursuant to the Rules of this Court, a scheduling order is to be entered pertaining to the above-captioned case. I would appreciate your conferring with counsel for the

other party to develop a proposed schedule that will achieve the purposes of Rules 16 and 56.2. In accordance with Rule 56.2, plaintiff's attorney is directed to file with the Clerk of this Court and serve on the other party on or before December 14, 2026 the following:

(1) a proposed scheduling order that is in substantial compliance with Rule 56.2 and agreed to by all parties; or

(2) in the event an agreement cannot be reached by the respective parties concerning proposed dates in the scheduling order, a proposed scheduling order, by each party, that is in substantial compliance with Rule 56.2.

If counsel have any questions concerning the scheduling order, please contact Mr. Lewis Hugh, my Case Manager, on (212) 264-2923 no later than December 14, 2026.

With respect to further proceedings in this case, counsel are directed to the requirements of the *Standard Chambers Procedures*, on the Court's website, www.cit.uscourts.gov.

Further, to ensure that the Court properly notes that there is a request for oral argument, any motion for oral argument shall be filed separately (and in accordance with Rule 56.2 (e)).

I appreciate your cooperation in these matters.

Very truly yours,

/s/ Timothy C. Stanceu
Timothy C. Stanceu
Judge